850

No. 31, Misc. WILLIAMS v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 33, Misc. MARULLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Herbert J. Garon* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 34, Misc. GAINES v. UNITED STATES. Court of Claims and/or C. A. 5th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox* for the United States.

No. 37, Misc. HUFFMAN v. DOUGLAS AIRCRAFT CO. ET AL. Supreme Court of North Carolina. Certiorari denied. Petitioner *pro se*. *Lewis B. Carpenter* for respondents.

No. 39, Misc. JONES v. THOMAS, WARDEN. Court of Appeals of Kentucky. Certiorari denied.

No. 40, Misc. GRIFFIN v. GLEASON ET AL. C. A. D. C. Cir. Certiorari denied. *Donald H. Dalton* for petitioner. *Solicitor General Cox* for respondents.

No. 41, Misc. HLOZANSKY v. COX, WARDEN. Supreme Court of New Mexico. Certiorari denied.

No. 45, Misc. RICCI v. NEW YORK. Appellate Division, Supreme Court of New York, Fourth Judicial Department. Certiorari denied.